UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH MUIGAI,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OMNICOM GROUP INC. and OGI SHARED SERVICE CENTER – ADVERTISING LLC,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-18143 (ES)(MAH)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby STIPULATED AND AGREED by and between the parties to this action, through their respective undersigned counsel, that this action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with all parties to bear their own fees and costs.

Dated: July 26, 2022

JOSEPH & KIRSCHENBAUM
*Attorneys for Plaintiff*

By:　_/s/ Lucas Buzzard_
　　　Lucas Buzzard
　　　Mike DiGiulio
　　　(admitted *pro hac vice*)
　　　32 Broadway, Suite 601
　　　New York, NY 10004
　　　(212) 688-5640
　　　Lucas@jk-Llp.com

DAVIS+GILBERT LLP
*Attorneys for Defendants*

By:　_/s/Maureen McLoughlin_
　　　Maureen McLoughlin
　　　Daniel Finnegan
　　　(admitted *pro hac vice*)
　　　1675 Broadway
　　　New York, NY 10019
　　　(212) 468-4800
　　　mmcloughlin@dglaw.com

SO ORDERED.

_____
Hon. Esther Salas, U.S.D.J.
Date: July 29, 2022